In the Matter of the Judicial Settlement of the Account of Proceedings of JEMIMA T. FINDLAY (Formerly JEMIMA T. HUYLER), FRANK DEKLYN HUYLER, JR., and CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), as Executors of the Last Will and Testament of FRANK DEKLYN HUYLER, Deceased. MILDRED H. GILLIES and LEON M. WOODWORTH, Special Guardian for JEMIMA STEWART HUYLER, an Infant, Appellants; FRANK

DeKlyn Huyler, Jr., and City Bank Farmers Trust Company, as Executors of the Last Will and Testament of Frank DeKlyn Huyler, Deceased, Respondents.— Order of the Surrogate's Court of Rockland county denying petitioners' application to open and vacate two decrees entered upon an accounting of the executors unanimously affirmed, with costs, payable by the appellants personally. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.